Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of

the Claim for Compensation under the Workmen's Compensation Law Made by ANNIE ROGERS, Widow of FRANK ROGERS, Deceased, on Behalf of Herself and Her Minor Children, Respondents, v. BORDEN'S CONDENSED MILK COMPANY, Employer, and Self-insurer, Appellant.— Award unanimously affirmed.